UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAMELA D. CARTER                                                                                    PLAINTIFF

v.                                              3:05CV00049-WRW

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                              DEFENDANT

ORDER

Pending is Plaintiff's Motion for Attorneys' Fees and Costs (Doc. No. 14).  Defendant has responded (Doc. No. 15) and does not object.  Accordingly, Plaintiff's request for fees and costs in the amount of $2,375.00 is GRANTED under the Equal Access to Justice Act.[1]

IT IS SO ORDERED this 17th day of August, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 2412.